HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAFECO INSURANCE COMPANY OF AMERICA;
and AMERICAN ECONOMY INSURANCE
COMPANY,

                Plaintiffs,

    v.

JAMES LYNN,

                Defendant.

No.: 2:26-cv-00372-TL

~~PROPOSED~~ ORDER GRANTING
DEFENDANT'S MOTION TO EXTEND
TIME TO ANSWER PLAINTIFF'S
COMPLAINT

Now before the Court is the unopposed motion of Defendant James Lynn's Motion for Extension to Answer Plaintiffs' Complaint. Having read and reviewed the Motion and Plaintiffs' Notice of Non-Opposition in Response to Defendant's Motion for Extension to Answer, the Court finds good cause to grant the Motion and orders that Defendant's time to answer Plaintiffs' Complaint is extended.

**IT IS SO ORDERED.**

Dated: May 1, 2026

_____
Honorable. Tana Lin
United States District Judge

~~PROPOSED~~ ORDER  - 1
NO. 2:26-CV-00372TL

OGDEN MURPHY WALLACE, PLLC
701 5th Ave, Suite 5600
Seattle, WA 98104
Tel: 206-447-7000/Fax: 206-447-0215

4901-9518-6596, v. 1
{GJB4917-6575-5556;1/17756.000001/}

Presented by:

OGDEN MURPHY WALLACE, PLLC


By *s/Geoff Bridgman*
Geoff Bridgman
701 5th Avenue, Suite 5600
Seattle, WA 98104
206.447.7000
gbridgman@omwlaw.com
Attorneys for Defendant James Lynn

PROPOSED ORDER  - 2
NO. 2:26-CV-00372TL

OGDEN MURPHY WALLACE, PLLC
701 5th Ave, Suite 5600
Seattle, WA 98104
Tel: 206-447-7000/Fax: 206-447-0215

4901-9518-6596, v. 1
{GJB4917-6575-5556;1/17756.000001/}